IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:05-CR-67-FL-1
Civil No. 7:12-CV-241-FL

| | | |
|---|---|---|
| BRITISH TYRONE MOSS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.  This 22nd day of August, 2012.

LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE