# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### Docket No. 7:05-CR-67-1FL

| | |
|---|---|
| **United States Of America** ) | |
| ) | **ORDER MODIFYING AND** |
| vs. ) | |
| ) | **CONTINUING SUPERVISION** |
| **British Tyrone Moss** ) | |

On July 19, 2006, British Tyrone Moss appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, pursuant to 18 U.S.C §§ 922(g)(1) and 924, was sentenced to the custody of the Federal Bureau of Prisons for a term of 180 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. On November 15, 2012, pursuant to 28 U.S.C. §2255, the defendant was remanded back to court and resentenced to "Time Served". He was further ordered by the court to be placed on supervised release for two (2) years with the standard conditions of supervision and the following special conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall not possess a firearm, ammunition, destruction device, or any other dangerous weapon.

British Tyrone Moss was released from custody and the term of supervised release commenced on November 16, 2012.

On January 18, 2013, a violation report was sent to the court noting the releasee had used cocaine on January 7, 2013, and January 12, 2013. The court requested a hearing be held to address the violations. A hearing was subsequently scheduled for February 7, 2013.

British Tyrone Moss
Docket No. 7:05-CR-67-1FL
Order Modifying
Page 2

From evidence presented at the hearing on February 7, 2013, the court finds as a fact that British Tyrone Moss, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued with the following modifications:

1. The defendant shall abide by all conditions and terms of the home detention program during the term of supervised release, or until the court authorizes him to be released from this program. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities, as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

**IT IS ORDERED** that the probation office apprise the court of the defendant's compliance with conditions of supervision every 90 days.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 7th day of February, 2013.

_____
Louise W. Flanagan
U.S. District Judge